United States District Court
Southern District of Texas
FILED

TDH   DEC. 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN – 4 2007

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-2381 |
| | § | |
| Hipolito Jaimes Jaimes | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on December 15, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22 day of December,   2005.


MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE